IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

FILED
U.S. BANKRUPTCY COURT
2010 JAN 26 PM 2: 24
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN RE: ) CASE NO. 03-43091
)
ALICE WOOD )
) JUDGE KAY WOODS
)
)
Debtor(s) ) TRANSMITTAL OF UNCLAIMED
) FUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

1. Ninety days have passed since a Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> Alice Wood
> 44 E Woodland Ave
> Niles, Oh 44446

> **Total** $231.60

2. My Trustee's check payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE: 01/22/10

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

A copy of the foregoing Transmittal of Unclaimed funds was sent by electronic transmission or by ordinary U.S. mail on this __22nd__ day of __January__, 2010 to:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

John H Chaney, III
DANIEL DANILUK LLC
106 East Market Street, #305
Warren, OH 44481-1103

Alice Mae Wood
44 E Woodland Ave
Niles, Oh 44446

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE